STATE OF NORTH CAROLINA v. WAYNE EARL WATKINS

No. 7518SC420

(Filed 1 October 1975)

APPEAL by defendant from *Rousseau, Judge.* Judgment entered 17 December 1974 in Superior Court, GUILFORD County. Heard in the Court of Appeals 15 September 1975.

*Attorney General Edmisten, by Assistant Attorney General H. A. Cole, Jr., for the State.*

*Z. H. Howerton, Jr., for the defendant.*

BROCK, Chief Judge, VAUGHN and MARTIN, Judges.

No error.

_____

STATE OF NORTH CAROLINA v. TYRONE H. MOORE

No. 7512SC413

(Filed 1 October 1975)

APPEAL by defendant from *Bailey, Judge.* Judgment entered 5 March 1975 in Superior Court, CUMBERLAND County. Heard in the Court of Appeals 15 September 1975.

*Attorney General Edmisten, by Associate Attorney Wilton E. Ragland, Jr., for the State.*

*Assistant Public Defender Mary Ann Talley, for the defendant.*

BROCK, Chief Judge, VAUGHN and MARTIN, Judges.

No error.